UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENA MICHAJLUN and JAY MARKOFF,<br><br>              Plaintiffs,<br>v.<br><br>BAUSCH & LOMB, INC.,<br><br>              Defendants. | Case No. 14-cv-1365 JM (JMA)<br><br>ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT |

On September 5, 2104, Plaintiffs filed a motion for leave to file a first amended complaint. (Doc. No. 11.) On October 6, 2014, Defendant filed a statement of non-opposition to Plaintiffs' motion. (Doc. No. 12.) For the reasons stated below, Plaintiffs' motion is granted.

Under Federal Rule of Civil Procedure 15(a)(2), the parties may amend their pleadings with either the opposing party's written consent or the court's leave. Rule 15(a)(2) further provides that "the court should freely give leave when justice so requires." Generally, leave to amend should be granted in the absence of prejudice, bad faith, undue delay, or futility. See AmerisourceBergen Corp. v. Dialysist West, Inc., 465 F.3d 946, 951 (9th Cir. 2006).

     Plaintiffs filed their initial complaint in state court on April 8, 2014, and Defendants removed the case to this court on June 3, 2014. (Doc. No. 1.) Plaintiffs seek leave to amend the complaint to add claims, to ensure that the complaint conforms with federal pleading requirements, and to include class allegations. (Doc. No. 11 at 2.) This request does not implicate any of the factors that may weigh against granting leave to amend, and Defendant has provided a written non-opposition.

     In light of these considerations, the court grants Plaintiff's motion for leave to file a first amended complaint. Plaintiffs may file a first amended complaint within fourteen days of entry of this order. The hearing date on Plaintiff's motion for leave to file a first amended complaint (Doc. No. 11) is vacated.

     IT IS SO ORDERED.

DATED: October 8, 2014

                                          Hon. Jeffrey T. Miller
                                          United States District Judge