```
 1  Douglas W. Robinson (SBN: 255909)
    dwrobinson@shb.com
 2  Brian P. Ziska (SBN: 272043)
    bziska@shb.com
 3  SHOOK, HARDY & BACON L.L.P.
    Jamboree Center
 4  5 Park Plaza, Suite 1600
    Irvine, California 92614-2546
 5  Telephone:  949-475-1500
    Facsimile:   949-475-0016
 6
    Attorneys for Defendant
 7  Bausch & Lomb Incorporated
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENA MICHAJLUN and JAY MARKOFF,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>BAUSCH & LOMB, INC.,<br><br>　　　　Defendant. | Case No. 3:14-cv-01365-JM-JMA<br><br>Judge: Hon. Jeffrey T. Miller<br>Ctrm:  5D<br><br>**DECLARATION OF BRIAN P. ZISKA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>[Filed concurrently with Notice of Motion; Memorandum of Points and Authorities; Separate Statement; Request for Judicial Notice; and [Proposed] Order]<br><br>Date:　　June 13, 2016<br>Time:　　10:00 a.m.<br>Dept.:　　5D<br><br>**\*ORAL ARGUMENT REQUESTED\***<br><br>Complaint filed:  April 8, 2014<br>First Am. Compl. filed:  October 8, 2014 |

---

DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT,
OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT
Case No. 3:14-cv-01365-JM-JMA

323303 v1

I, Brian P. Ziska, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am an associate with the law firm of Shook, Hardy & Bacon, L.L.P., 5 Park Plaza, Suite 1600, Irvine, California 92614, telephone: 949-475-1500. I am counsel of record for defendant Bausch & Lomb Incorporated ("Bausch & Lomb"), in this action. The statements in this declaration are made on the basis of my own personal knowledge and I could and would competently testify thereto if called upon to do so.

2. On October 1, 2015, Bausch & Lomb propounded special interrogatories and a request for production of documents on Plaintiff targeting the Phase I discovery issues. A true and correct copy of Bausch & Lomb's Special Interrogatories to Plaintiff is attached as **Exhibit A**. A true and correct copy of Bausch & Lomb's Request for Production of Documents to Plaintiff is attached as **Exhibit B**.

3. On October 30, 2015, plaintiff Irena Michajlun served her Answers to Special Interrogatories and Request for Production of Documents, a true and correct copy of which is attached as **Exhibit C**.

4. Plaintiffs did not propound any written discovery on Bausch & Lomb.

5. No depositions were taken in this action. Plaintiffs never requested the deposition of any representative of Bausch & Lomb or any of Irena Michajlun's healthcare providers.

6. Bausch & Lomb never received expert disclosures or reports from Plaintiffs for Phase I issues. Following the deadline for plaintiffs' expert disclosures or reports, I met and conferred with counsel for Plaintiffs, who confirmed no expert disclosures or reports were served.

7. A true and correct copy of the following website listing links to the original approval letter and all applicable supplements for the Crystalens device at

2

issue is attached as **Exhibit 1** to the request for judicial notice: http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpma/pma.cfm?id=P030002 (last updated May 2, 2016).

8. A true and correct copy of the search results for "Z syndrome" for "ALL YEARS" on the Food and Drug Administration's ("FDA") Manufacturer and User Facility Device Experience ("MAUDE") Database, is attached to the request for judicial notice as **Exhibit 2**. The MAUDE Database is available to be searched at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfmaude/TextSearch.cfm (last updated April 30, 2016).

9. A true and correct copy of the following website is attached as **Exhibit 3** to the request for judicial notice: http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRFOI__ID=2430929 (last updated April 30, 2016) (adverse event report referencing Z syndrome received by FDA on January 26, 2012).

10. A true and correct copy of the following website is attached as **Exhibit 4** to the request for judicial notice: http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRFOI__ID=2428544 (last updated April 30, 2016) (adverse event report referencing Z syndrome received by FDA on January 19, 2012).

11. A true and correct copy of the following website is attached as **Exhibit 5** to the request for judicial notice: http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRFOI__ID=2396912 (last updated April 30, 2016) (adverse event report referencing Z syndrome received by FDA on December 29, 2011).

12. A true and correct copy of the following website is attached as **Exhibit 6** to the request for judicial notice:

3
DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT,
OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT
CASE NO. 3:14-CV-01365-JM-JMA

issue is attached as **Exhibit 1** to the request for judicial notice: http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpma/pma.cfm?id=P030002 (last updated May 2, 2016).

8. A true and correct copy of the search results for "Z syndrome" for "ALL YEARS" on the Food and Drug Administration's ("FDA") Manufacturer and User Facility Device Experience ("MAUDE") Database, is attached to the request for judicial notice as **Exhibit 2**. The MAUDE Database is available to be searched at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfmaude/TextSearch.cfm (last updated April 30, 2016).

9. A true and correct copy of the following website is attached as **Exhibit 3** to the request for judicial notice: http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRFOI__ID=2430929 (last updated April 30, 2016) (adverse event report referencing Z syndrome received by FDA on January 26, 2012).

10. A true and correct copy of the following website is attached as **Exhibit 4** to the request for judicial notice: http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRFOI__ID=2428544 (last updated April 30, 2016) (adverse event report referencing Z syndrome received by FDA on January 19, 2012).

11. A true and correct copy of the following website is attached as **Exhibit 5** to the request for judicial notice: http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRFOI__ID=2396912 (last updated April 30, 2016) (adverse event report referencing Z syndrome received by FDA on December 29, 2011).

12. A true and correct copy of the following website is attached as **Exhibit 6** to the request for judicial notice:

3

DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT,
OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT
CASE NO. 3:14-CV-01365-JM-JMA

1 http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRF
2 OI__ID=2396913 (last updated April 30, 2016) (adverse event report referencing
3 Z syndrome received by FDA on December 29, 2011).

4     13.   A true and correct copy of the following website is attached as
5 **Exhibit 7** to the request for judicial notice:
6 http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRF
7 OI__ID=2372172 (last updated April 30, 2016) (adverse event report referencing
8 Z syndrome received by FDA on December 9, 2011).

9     14.   A true and correct copy of the following website is attached as
10 **Exhibit 8** to the request for judicial notice:
11 http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRF
12 OI__ID=2372185 (last updated April 30, 2016) (adverse event report referencing
13 Z syndrome received by FDA on December 9, 2011).

14     15.   A true and correct copy of the following website is attached as
15 **Exhibit 9** to the request for judicial notice:
16 http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRF
17 OI__ID=2301757 (last updated April 30, 2016) (adverse event report referencing
18 Z syndrome received by FDA on October 14, 2011).

19     16.   A true and correct copy of the following website is attached as
20 **Exhibit 10** to the request for judicial notice:
21 http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRF
22 OI__ID=2275395 (last updated April 30, 2016) (adverse event report referencing
23 Z syndrome received by FDA on September 29, 2011).

24     17.   A true and correct copy of the following website is attached as
25 **Exhibit 11** to the request for judicial notice:
26 http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRF
27 OI__ID=2236148 (last updated April 30, 2016) (adverse event report referencing

28

1  Z syndrome received by FDA on August 24, 2011).

2      18.   A true and correct copy of the following website is attached as
**Exhibit 12** to the request for judicial notice:
http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRFOI__ID=2229332 (last updated April 30, 2016) (adverse event report referencing Z syndrome received by FDA on August 19, 2011).

      19.   A true and correct copy of the following website is attached as
**Exhibit 13** to the request for judicial notice:
http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRFOI__ID=2223896 (last updated April 30, 2016) (adverse event report referencing Z syndrome received by FDA on August 18, 2011).

      20.   A true and correct copy of the following website is attached as
**Exhibit 14** to the request for judicial notice:
http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRFOI__ID=2175352 (last updated April 30, 2016) (adverse event report referencing Z syndrome received by FDA on July 20, 2011).

      21.   A true and correct copy of the following website is attached as
**Exhibit 15** to the request for judicial notice:
http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRFOI__ID=2088043 (last updated April 30, 2016) (adverse event report referencing Z syndrome received by FDA on May 6, 2011).

      22.   A true and correct copy of the following website is attached as
**Exhibit 16** to the request for judicial notice:
http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRFOI__ID=2088085 (last updated April 30, 2016) (adverse event report referencing Z syndrome received by FDA on May 6, 2011).

      23.   A true and correct copy of the following website is attached as

1  **Exhibit 17** to the request for judicial notice:

2  http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRF

3  OI__ID=2030684 (last updated April 30, 2016) (adverse event report referencing

4  Z syndrome received by FDA on March 18, 2011).

5    24.   A true and correct copy of the following website is attached as

6  **Exhibit 18** to the request for judicial notice:

7  http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRF

8  OI__ID=2030716 (last updated April 30, 2016) (adverse event report referencing

9  Z syndrome received by FDA on March 18, 2011).

10    25.   A true and correct copy of the following website is attached as

11  **Exhibit 19** to the request for judicial notice:

12  http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRF

13  OI__ID=2017303 (last updated April 30, 2016) (adverse event report referencing

14  Z syndrome received by FDA on March 9, 2011).

15    26.   A true and correct copy of the following website is attached as

16  **Exhibit 20** to the request for judicial notice:

17  http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRF

18  OI__ID=2017332 (last updated April 30, 2016) (adverse event report referencing

19  Z syndrome received by FDA on March 9, 2011).

20    27.   A true and correct copy of the following website is attached as

21  **Exhibit 21** to the request for judicial notice:

22  http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRF

23  OI__ID=2017164 (last updated April 30, 2016) (adverse event report referencing

24  Z syndrome received by FDA on March 8, 2011).

25    28.   A true and correct copy of the following website is attached as

26  **Exhibit 22** to the request for judicial notice:

27  http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRF

28

1  OI__ID=1991107 (last updated April 30, 2016) (adverse event report referencing

2  Z syndrome received by FDA on February 7, 2011).

3       29.    A true and correct copy of the following website is attached as

4  **Exhibit 23** to the request for judicial notice:

5  http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRF

6  OI__ID=1991169 (last updated April 30, 2016) (adverse event report referencing

7  Z syndrome received by FDA on February 7, 2011).

8       30.    A true and correct copy of the following website is attached as

9  **Exhibit 24** to the request for judicial

10 notice:http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?

11 MDRFOI__ID=1980410 (last updated April 30, 2016) (adverse event report

12 referencing Z syndrome received by FDA on February 3, 2011).

13      31.    A true and correct copy of the following website is attached as

14 **Exhibit 25** to the request for judicial

15 notice:http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?

16 MDRFOI__ID=1980246 (last updated April 30, 2016) (adverse event report

17 referencing Z syndrome received by FDA on February 2, 2011).

18      32.    A true and correct copy of the following website is attached as

19 **Exhibit 26** to the request for judicial

20 notice:http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?

21 MDRFOI__ID=1966534 (last updated April 30, 2016) (adverse event report

22 referencing Z syndrome received by FDA on January 19, 2011).

23      33.    A true and correct copy of the following website is attached as

24 **Exhibit 27** to the request for judicial notice:

25 http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRF

26 OI__ID=1940284 (last updated April 30, 2016) (adverse event report referencing

27 Z syndrome received by FDA on December 17, 2010).

28

1    34.    A true and correct copy of the following website is attached as
2  **Exhibit 28** to the request for judicial notice:
3  http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRF
4  OI__ID=1940308 (last updated April 30, 2016) (adverse event report referencing
5  Z syndrome received by FDA on December 17, 2010).
6    35.    A true and correct copy of the following website is attached as
7  **Exhibit 29** to the request for judicial notice:
8  http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRF
9  OI__ID=1919982 (last updated April 30, 2016) (adverse event report referencing
10 Z syndrome received by FDA on December 3, 2010).
11   36.    A true and correct copy of the following website is attached as
12 **Exhibit 30** to the request for judicial notice:
13 http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRF
14 OI__ID=1948942 (last updated April 30, 2016) (adverse event report referencing
15 Z syndrome received by FDA on December 3, 2010).
16   37.    A true and correct copy of the following website is attached as
17 **Exhibit 31** to the request for judicial notice:
18 http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRF
19 OI__ID=1913915 (last updated March 31, 2016) (adverse event report referencing
20 Z syndrome received by FDA on November 30, 2010).
21   38.    A true and correct copy of the following website is attached as
22 **Exhibit 32** to the request for judicial notice:
23 http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRF
24 OI__ID=1370916 (last updated April 30, 2016) (adverse event report referencing
25 Z syndrome received by FDA on April 28, 2009).
26   39.    A true and correct copy of the following website is attached as
27 **Exhibit 33** to the request for judicial notice:
28

8

http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRFOI__ID=1066484 (last updated April 30, 2016) (adverse event report referencing Z syndrome received by FDA on June 26, 2008).

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 9th day of May, 2016, at Irvine, California.

                                                    /s/  Brian P. Ziska
                                                      Brian P. Ziska

## **TABLE OF EXHIBITS**

| | Page |
|---|---|
| Exhibit A | 11 |
| Exhibit B | 19 |
| Exhibit C | 25 |

DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT,
OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT
CASE NO. 3:14-CV-01365-JM-JMA