UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENA MICHAJLUN and JAY MARKOFF,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>BAUSCH & LOMB, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 14cv1365 JM(JMA)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

On July 22, 2016, Plaintiffs Irena Michajlun and Jay Markoff and Defendant Bausch & Lomb, Inc. filed a joint motion for dismissal.  (Doc. No. 39).

Pursuant to Fed. R. Civ. P. 41(a)(1), the court grants the parties' joint motion, and dismisses the entire action with prejudice.  Each party shall bear its own fees and costs.  The clerk of the court is instructed to close this case.

IT IS SO ORDERED.

DATED: July 25, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JEFFREY T. MILLER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge